__FILED    __RECEIVED
__ENTERED __SERVED ON
COUNSEL/PARTIES OF RECORD

2013 AUG 21  A II: 03

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

JOHN GOYAK & ASSOCIATES INC,          )
                                      )          2:08-cv-104 RLH
                                      )
           Plaintiff(s),              )
                                      )
vs.                                   )
                                      )
                                      )
JAMES TERHUNE et al,                  )
                                      )
                                      )
           Defendant(s).              )

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated:   August 13, 2013

_____
U.S. DISTRICT JUDGE